In the Matter of the Petition of Henry Ellsworth to Vacate Assessment for Sewers, etc., in New York.

In the Matter of the Petition of Edward H. Stead to Vacate Assessment for Sewers, etc, in New York.

Under the provisions of the act in relation to sewerage and drainage in the city of New York (chap. 381, Laws of 1865), the number and extent of the sewerage districts to be laid out, and the power to modify and change them, is entirely within the control and discretion of the Croton Aqueduct Board. This court has no power to review that discretion, and *it seems* that no tribunal is vested with such power. (Andrews, J., dissenting.)

(Argued September 30, 1873 ; decided October 7, 1873.)

These were applications to vacate assessments for sewers in One Hundred and Fifteenth, One Hundred and Sixteenth and One Hundred and Seventeenth streets, in the city of New York, between Third and Fourth avenues, and in One Hundred and Twenty-sixth street and Fourth avenue. The assessments were claimed by the petitioners to be void, because, as alleged, no general sewerage districts had been laid out, or maps or plans devised, before contracting for the work as required by section 1, chapter 381, Laws of 1865. Prior to the contract, maps embracing the particular sewers, and none others, had been made and adopted by the Croton Aqueduct Board, marked and described as " District Map." Subsequently a general map or plan of sewerage was adopted, extending over a large area and embracing these sewers. *Held,* as above stated.

*T. F. Neville* for petitioners, appellants.

*D. J. Dean* for Mayor, etc., respondents.

Peckham, J., reads for affirmance.

All concur, except Andrews, J., dissenting, and Rapallo, J., not voting.

Order affirmed.